IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**HEATHER SLEDGE**                                                                                          **PLAINTIFF**

v.                            **CASE NO. 2:23-CV-00241-BSM-JTK**

**ARKANSAS COUNTY DETENTION
CENTER, et al.**                                                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE